**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 29 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-50194 |
| Plaintiff - Appellee, | D.C. No. 3:10-cr-03361-W-1 |
| v. | |
| SABRINA HANSON, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Southern District of California
Thomas J. Whelan, Senior District Judge, Presiding

Submitted October 22, 2015[**]
Pasadena, California

Before: PREGERSON and TROTT, Circuit Judges and STAFFORD,[***] Senior District Judge.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

[***]     The Honorable William H. Stafford, Jr., Senior District Judge for the U.S. District Court for the Northern District of Florida, sitting by designation.

The district court correctly denied Hanson's attempt to escape her agreed upon restitution obligation in the amount of $135,000. As counsel said in a filing with the court, Ms. Hanson is still on supervision, and a court may modify supervised release conditions under 18 U.S.C. § 3583(e)(2).

AFFIRMED.